## GEE *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 56, September Term, 1962.]

*Decided March 8, 1963.*

Before Brune, C. J., and Henderson, Horney, Marbury and Sybert, JJ.

Per Curiam.

This is an application for leave to appeal from an order of the Circuit Court for Baltimore County, dated November 21, 1962, finding the applicant to be a defective delinquent, after a hearing before Judge Barrett, sitting without a jury, and re-committing him to the Patuxent Institution as a defective delinquent.

In September 1956, the applicant was convicted of burglary and sentenced to the Maryland State Reformatory for Males

for a term of not exceeding three years. After being redetermined to be a defective delinquent, the applicant now contends that since he was convicted only once, he was not a proper subject for a defective delinquency proceeding.

Code (1962 Cum. Supp.), Article 31B, § 6, provides in part:

> "A request may be made that a person be examined for possible defective delinquency if he has been convicted and sentenced in a court of this State for a crime or offense committed on or after June 1, 1954, coming under one or more of the following categories: (1) A felony; (2) a misdemeanor punishable by imprisonment in the penitentiary; * * *."

It matters not whether the applicant was convicted of common law burglary, a felony, or statutory burglary, a misdemeanor punishable by imprisonment in the penitentiary, since either crime would be within the provisions of the section quoted above, and subject the applicant to a proceeding for defective delinquency.

*Application denied.*